NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA LAVINIA JONES,**
*Petitioner,*

**v.**

**DEPARTMENT OF ENERGY,**
*Respondent.*

---

2014-3081

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-13-0168-I-1.

---

**ON MOTION**

---

**O R D E R**

Maria Lavinia Jones moves for an extension of time to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Ms. Jones' opening brief is due within 30 days of the date of filing of this order.

2                                                    JONES v. ENERGY

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21